IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY GAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:09-cv-925-JPG-DGW |
| ) | |
| KATHERINE CLOVER, MARVIN POWERS, ) | |
| STACY WILLIAMSON, WEXFORD ) | |
| HEALTH SOURCES, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Currently pending before the Court is a Motion for Appointment of Counsel (Doc. 10). The Court finds that appointment of counsel is warranted in this action. Accordingly, the motion is **GRANTED**.

After a random pick, attorney **Ryan J. Mason, of the law firm Polsinelli Shughart, 100 S. Fourth Street, Suite 1000, St. Louis, Missouri 63102,** is hereby **APPOINTED** to represent the Plaintiff in this matter pursuant to SDIL-LR83.1(i).1  Mr. Mason is **directed** to file his entry of appearance by **December 15, 2010**.

The Plaintiff is an inmate in the custody of the Illinois Department of Corrections at the Tamms Correctional Center.  Mr. Mason may contact the Plaintiff there.

**DATED:   December 2, 2010**

*s/ Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**

---

1 Under SDIL-LR 83(i), every member of the bar of this Court shall be available for appointment to represent or assist in the representation of those who cannot afford to hire an attorney.