UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

ANTHONY GAY,

      Plaintiff,

v.

KATHERINE CLOVER,
*Licensed Clinical Social Worker at Tamms Correctional Center*, et al.,

      Defendants.

Case No. 09-cv-925-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff Anthony Gay's *pro se* Motion for Extension of Time (Doc. 41). Specifically, Gay seeks an extension of time in which to object to Magistrate Judge Philip M. Frazier's Report and Recommendations ("R & R") (Doc. 37) of January 7, 2011, which recommends that Gay's Motion for Temporary Restraining Order and Motion for Preliminary Injunction (Doc. 15) be denied. Gay is currently represented by Eric Trelz and Mark Grebel of Polsinelli Shughart, who were appointed *before* Gay filed the instant motion and who entered their appearance after Gay filed the instant motion.

The right to "representation by counsel and self-representation are mutually exclusive entitlements . . . ." *Cain v. Peters*, 972 F.2d 748, 750 (7th Cir. 1992). So-called "hybrid representation" confuses and extends matters at trial and in other proceedings; therefore, it is forbidden. *See United States v. Oreye*, 263 F.3d 669, 672-73 (7th Cir. 2001) *citing with approval Cain*, *supra*.

Here, Gay is free to consult with his attorneys in order to ensure that the Court is fully informed as to the specifics of his case and in order to ensure that the appropriate motions are filed. However, the Court will strike *pro se* motions by Gay so long as he is represented by

counsel.

Accordingly, the Court **DIRECTS** the Clerk of Court **to STRIKE** his Motion for Extension of Time (Doc. 41) from the record.

**IT IS SO ORDERED.**
**DATED: January 26, 2011**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**