IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY GAY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KATHERINE CLOVER, et al.,<br><br><br>　　　　Defendants. | Case No. 3:09-00925-JPG-PMF |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendants, Katherine Clover, Marvin Powers, Stacy Williamson, and Wexford Health Source and against plaintiff Anthony Gay on all claims. The case is **DISMISSED WITHOUT PREJUDICE**.

**DATED: October 4 , 2011**

　　　　　　　　　　　　　　　　　　　　**NANCY ROSENSTENGEL, CLERK**

　　　　　　　　　　　　　　　　　　　　**By:s/Deborah Agans, Deputy Clerk**

**Approved by:**

**s./ J. Phil Gilbert**
**J. PHIL GILBERT**
**DISTRICT JUDGE**