# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Anthony Gay,<br>*Plaintiff(s)*<br><br>v.<br><br>Katherine Clover, et al.<br>*Defendant(s)* | Case Number: 09-925-JPG |

## ORDER DISPOSING OF EXHIBITS

On September 30, 2014, the Clerk of Court gave notice to the parties that unless arrangements were made within **30 days** to remove their respective exhibits, the exhibits would be destroyed or otherwise disposed of pursuant to Local Rule 79.1.  Because the parties have failed to comply with the requirements of this notice,

IT IS ORDERED that the exhibits in the custody of the Clerk shall be destroyed or otherwise disposed of as the Clerk deems appropriate.

Dated: September 28, 2015

*S/J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE